# Exhibit F







D'Andrea Exh. 20

# Get Competitive Price Quotes Near  [10541]  Update

Please update your zip code now if it's not correct.

## 1. Enter Contact Information

*First name:  *Last name:  *E-mail:  *Phone:

*Required fields

Mahopac, NY 10541  Change Zip Code

Get Price Quotes

☐ Email me incentives and rebate information for this vehicle.

## 2. Select Dealers

**Premier Dealer**

☑ **Park Ford of Mahopac**  1.71 mi
Mahopac, NY 10541 (Map)
(877) 715-2492
Visit Website
Consumer Review ★★★★★ (12)

On behalf of our entire staff, we would like to welcome you and thank you for visiting our website. We offer superior sales and service for our valued customers. We are committed to serving our friends and customers and look forward to hearing from you.

☐ **Freedom Ford Beacon**  13.95 mi
Beacon, NY 12508 (Map)
Consumer Review ★★★★★ (1)

☐ **Colonial Ford**  17.49 mi
Danbury, CT 06811 (Map)
(888) 904-4510
Consumer Review ★★★★★ (20)

☑ **Brewster Ford**  7.90 mi
Brewster, NY 10509 (Map)
Consumer Review ★★★★★ (7)

☑ **Smith Cairns Ford Lincoln**  10.45 mi
Bedford Hills, NY 10507 (Map)
Consumer Review ☆☆☆☆☆ (0)

View All Local Dealers

Read our Privacy Policy | About This Service | List Your Dealership

## More on 2017 Ford Fusion

2017 Ford Fusion Consumer Discussions    2017 Ford Fusion Videos    2017 Ford Fusion Safety
2017 Ford Fusion Consumer Reviews       2017 Ford Fusion Review
2017 Ford Fusion Features and Specs     2017 Ford Fusion Reliability

| New Car Resources | Used Car Resources | Car Research | Follow Edmunds |
|---|---|---|---|
| New Cars | Used Cars | Car Reviews | |
| Calculators | Appraise Your Car | Long-Term Road Tests | |
| Car Finder | Certified Cars | Car Videos | |
| Compare Cars | Selling Tips | True Cost to Own® | |
| Find a Dealer | | | |
| Get Monthly Payment | | | |
| Incentives & Rebates | | | |







| edmunds | NEW CARS | USED CARS | CAR TYPES | CARS FOR SALE | RESEARCH |

Home / New Cars / Ford / Fusion / 2017 Fusion / S Customize & Price

Share This Page

# 2017 Ford Fusion - Build and Price

1 of 134 — View larger

Compare Dealer Offers | Compare Cars | View Incentives



ADVERTISEMENT
ToyotaTime Sales Event — Lease a 2017 Corolla $139 per month for 36 months $1899 due at lease signing. Event ends May 31. 2017 Corolla. TOYOTA Let's Go Places. LEARN MORE. Options shown. [#] View Offer Details

| Pricing | Photos | Reviews | Features & Specs | Inventory | More ▾ |

## Let's Build and Price Your 2017 Ford Fusion

In 4 simple steps, you can build your car, see the **Edmunds True Market Value (TMV®)** - the average price paid for this car in your area - and get dealer price quotes and **Price Promise**℠ special offers on inventory near you.



Step 1: Choose a Style — Step 2: Colors and Options — Step 3: True Market Value® — Step 4: Get Dealer Quotes

**S Sedan** (2.5L 4-cyl. 6-speed Automatic)

Next Step: Get Dealer Quote

True Market Value® $21,621
Invoice $22,001    MSRP $22,995

The True Market Value® (TMV®) price is our exclusive method for calculating what others are paying for a **2017 Ford Fusion S** in **Mahopac, NY** (based on actual sales data from your region).

### True Market Value® Pricing

| Description | Invoice | MSRP | True Market Value® |
|---|---|---|---|
| Base Price | $21,592 | $22,610 | $21,266 |
| Equipment Group 100A | ($466) | ($490) | ($490) |
| Destination Fee | $875 | $875 | $875 |
| Advertising Fee | Unavailable* | | |
| Regional Adjustment for Zip Code: 10541  Update | | | ($30) |
| Color Adjustment | | | $0 |
| **Total Price** | **$22,001*** | **$22,995** | **$21,621*** |
| Incentives & Rebates | | | ($2,150) |
| Customer Cash Adjusted True Market Value | | | $19,471 |

*Disclaimers

Next Step: Get Dealer Quote

Ad — Ford: How do you become America's best-selling brand?¹

2017 Ford Fusion
- Build & Price
- Get Offers
- Locate a Dealer
- Learn More

**Get Competitive Price Quotes Near** [10541] [Update]

Please update your zip code now if it's not correct.

### 1. Enter Contact Information

| *First name: | *Last name: | *E-mail: | *Phone: |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] - [ ] - [ ] |

*Required fields

Mahopac, NY 10541 **Change Zip Code**      [ Get Price Quotes ]

☐ Email me incentives and rebate information for this vehicle.

### 2. Select Dealers

**Premier Dealer**

☑ **Park Ford of Mahopac**
Mahopac, NY 10541 (Map)    1.71 mi
(877) 715-2492
Visit Website
Consumer Review ★★★★★ (12)

On behalf of our entire staff, we would like to welcome you and thank you for visiting our website. We offer superior sales and service for our valued customers. We are committed to serving our friends and customers and look forward to hearing from you.

☐ **Freedom Ford Beacon**
Beacon, NY 12508 (Map)    13.95 mi
Consumer Review ★★★★★ (1)

☐ **Colonial Ford**
Danbury, CT 06811 (Map)    17.49 mi
(888) 904-4510
Consumer Review ★★★★★ (20)

☑ **Brewster Ford**
Brewster, NY 10509 (Map)    7.90 mi
Consumer Review ★★★★★ (7)

☑ **Smith Cairns Ford Lincoln**
Bedford Hills, NY 10507 (Map)    10.45 mi
Consumer Review ☆☆☆☆☆ (0)

**View All Local Dealers**

Read our Privacy Policy | About This Service | List Your Dealership

---

### More on 2017 Ford Fusion

| 2017 Ford Fusion Consumer Discussions | 2017 Ford Fusion Videos | 2017 Ford Fusion Safety |
| 2017 Ford Fusion Consumer Reviews | 2017 Ford Fusion Review | |
| 2017 Ford Fusion Features and Specs | 2017 Ford Fusion Reliability | |

---

**New Car Resources**    **Used Car Resources**    **Car Research**    **Follow Edmunds**

New Cars    Used Cars    Car Reviews
Calculators    Appraise Your Car    Long-Term Road Tests
Car Finder    Certified Cars    Car Videos
Compare Cars    Selling Tips    True Cost to Own®
Find a Dealer
Get Monthly Payment
Incentives & Rebates

Claim disclosure    2017 FUSION    BUILD & PRICE    Ford
95% of Fusion cars are still on the road.²    LEARN MORE    Go Further
Your Local Ford Store

2017 Ford Fusion
• Build & Price
• Get Offers
• Locate a Dealer
• Learn More

## True Market Value®

**$21,621**

Invoice  
$22,001

MSRP  
$22,995

(TMV®) price is our exclusive method for calculating what oth

n actual sales data from your region).

lue® Pricing

| | Invoice | M |
|---|---|---|
| | $21,592 | $2 |
| 100A | ($466) | ($ |
| | $875 | |
| | Unavailable* | |

ent